United States District Court
Western District
Exhibits Log: 22-CV-161-SWS
ADA Carbon Solutions (Red River) LLC v. Atlas Carbon LLC, 8/28/2023

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------------|----------|
| Def-A | July 6 2022 email from Atlas Carbon re. Email 2 on ADA | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Def-B | June 22 2022 email from ADA to Atlas Carbon re. Atlas Loads Week 622 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-2 | Sales Agreement for Products | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-3 | 2021.09.15 email from O. Velasquez to A. Cooper Subject: Re: Atlas Call Summary: 14 Sep 2021 | No | 8/28/2023 2:43 PM | 8/28/2023 3:20 PM |
| Pla-4 | 2021.09.24 email from A. Cooper to O. Velasquez Subject: Re: Delay Meeting to Monday | No | 8/29/2023 5:19 PM | 8/29/2023 5:19 PM |
| Pla-6 | 2021.09.28 email from A. Cooper to O. Velasquez Subject: LOI Redline 27 Sep 2021 | No | 8/30/2023 11:48 AM | 8/30/2023 11:48 AM |
| Pla-8 | 2021.10.05 email from A. Cooper to O. Velasquez Subject: Redline 4 Oct | No | 8/30/2023 12:19 PM | 8/30/2023 12:19 PM |
| Pla-12 | 2021.10.07 email from O. Velasquez to A. Cooper Subject: RE: LOI 7 Oct REV 2 | No | 8/29/2023 5:24 PM | 8/29/2023 5:24 PM |
| Pla-13 | 2021.10.08 email from R. Hashampour to G. Marken Subject: Penalty for Volume Shortfall Discussion | No | 8/29/2023 8:47 AM | 8/29/2023 10:07 AM |
| Pla-17 | 2021.10.21 email from A. Cooper to O. Velasquez Subject: [External]Atlas Sales Agreement | No | 8/30/2023 9:01 AM | 8/30/2023 9:01 AM |
| Pla-21 | 2021.10.28 email from A. Cooper to O. Velasquez Subject: [External]Kickoff Meeting: Atlas Team Availability | No | 8/30/2023 3:44 PM | 8/30/2023 3:44 PM |
| Pla-23 | 2021.11.18 email from A. Cooper to O. Velasquez Subject: [External]Trial Period PO | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-24 | 2022.03.01 email from O. Velasquez to A. Cooper, et al. Subject: RE: [External]Meeting Tomorrow | No | 8/30/2023 9:01 AM | 8/30/2023 9:01 AM |
| Pla-25 | 2022.04.14 email from A. Cooper to O. Velasquez Subject: [External] April Market Update from Atlas Carbon for ADA | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-26 | 2022.04.15 email to O. Velasquez to A. Cooper Subject: RE: [External]April Market Update from Atlas Carbon for ADA | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-27 | 2022.04.26 email from O. Velasquez to A. Cooper Subject: ADA/Atlas Follow Up 4.26.22 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-28 | 2022.05.03 email from O. Velasquez to A. Cooper Subject: RE: [External]ADA Trial Price & Quantity | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-29 | 2022.05.24 email from J. Brossett to A. Cooper Subject: RE: [External]Question about Atlas Carbon PO | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-30 | 2022.06.06 email from O. Velasquez to A. Cooper Subject: RE: [External]Price Index | No | 8/30/2023 9:01 AM | 8/30/2023 9:01 AM |
| Pla-32 | 2022.06.22 email from A. Cooper to O. Velasquez Subject: [External]Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-33 | 2022.06.23 email from O. Velasquez to A. Cooper Subject: RE: [External]RE: Atlas Carbon Loads Weed 6/22 | No | 8/30/2023 9:01 AM | 8/30/2023 9:01 AM |
| Pla-34 | 2022.06.24 email from O. Velasquez to A. Cooper Subject: RE: [External]Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-35 | 2022.06.30 email from O. Velasquez to A. Cooper, et al. Subject: RE: [External]RE: Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-36 | 2022.06.30 email to A. Cooper to O. Velasquez, et al. Subject: [External]RE: Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-37 | 2022.07.05 letter from R. Hashampour to G. Marken In re: Notification of Force Majeure for Sales Agreement for Products Dated November 1, 2021 | No | 8/28/2023 9:32 AM | 8/28/2023 10:02 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------------|----------|
| Pla-38 | 2022.07.11 letter from D. Sherman to M. Shaffer Re: ADA Carbon Solutions (Red River), LLC ("ADA")/Atlas Carbon, LLC ("Atlas") | No | 8/29/2023 10:32 AM | 8/29/2023 10:32 AM |
| Pla-40 | 2022.09.01 email from A. Cooper to J. Cloud Subject: RE: Order Request for 9/16 and 9/19 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-41 | 2022.09.01 email from A. Cooper to R. Hashampour, et al. Subject: ADA Order Request for 9/16 and 9/19 | No | 8/29/2023 10:01 AM | 8/29/2023 10:01 AM |
| Pla-42 | 2022.09.27 email from J. Cloud to A. Cooper Subject: RE: [External]RE: Order Request for 9/16 and 9/19 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-43 | 2022.09.20 email from A. Cooper to R. Hashampour, et al. Subject: FW: ADA Order Request for 9/16 and 9/19 | No | 8/29/2023 10:07 AM | 8/29/2023 10:07 AM |
| Pla-44 | 2022.09.20 email from A. Cooper to R. Hashampour, et al. Subject: Fwd: [External]RE: Order Request for 9/16 and 9/19 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-45 | 2022.09.27 email from J. Cloud to A. Cooper Subject: RE: [External]RE: Order Request for 9/16 and 9/19 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-48 | 2022.11.10 email from A. Cooper to J. Cloud Subject: RE: November Order Request | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-49 | 2021.09.08 email from R. Hashampour to A. Cooper Subject: FW: Request for Meeting: ADA Next Steps | No | 8/29/2023 9:17 AM | 8/29/2023 10:07 AM |
| Pla-50 | 2022.02.10 email from R. Hashampour to A. Cooper Subject: ADA Pricing | No | 8/28/2023 2:43 PM | 8/28/2023 3:19 PM |
| Pla-51 | 2022.04.26 email from R. Hashampour to A. Cooper, et al. Subject: Call Report: ADA – 26 April 2022 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-53 | 2022.06.22 email from R. Hashampour to A. Cooper, et al. Subject: Atlas Carbon Loads Week 6/22 | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-54 | 2022.06.22 email from A. Cooper to O. Velasquez Subject: RE: Atlas Carbon Loads Week 6/22 | No | 8/28/2023 2:43 PM | 8/28/2023 3:20 PM |
| Pla-55 | 2022.06.28 email from A. Cooper to R. Hashampour Subject: Notes from Call with Oscar: Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-56 | 2022.06.29 email from R. Hashampour to A. Cooper, et al. Subject: Notes from Call with Oscar: Atlas Carbon Price & Quality | No | 8/28/2023 10:02 AM | 8/28/2023 10:02 AM |
| Pla-57 | Spreadsheet Re: PFR Budget v. Actual – 2022 | No | 8/29/2023 2:51 PM | 8/29/2023 2:51 PM |
| Pla-59 | PowerPoint Activated Carbon Manufacturing Plant SLIB Meeting 12-2-2021 | No | 8/30/2023 2:15 PM | 8/30/2023 2:15 PM |

8.30.2023

8/30/23