UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| ADA CARBON SOLUTIONS (RED RIVER), LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ATLAS CARBON, LLC, a Wyoming Limited Liability Company, <br><br> Defendant. | Case No. 22-CV-161-SWS |

## JUDGMENT

This matter came before the Court for a bench trial on Plaintiff's contract claims and Defendant's counterclaims. After considering the testimony and evidence presented, the Court issued a Bench Trial Memorandum Decision and Order (ECF 102), which is fully incorporated herein by this reference. In conformity with that Memorandum Decision and Order,

**JUDGMENT is hereby entered** in favor of Plaintiff ADA Carbon Solutions (Red River), LLC and against Defendant Atlas Carbon, LLC on Plaintiff ADA's causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing in the final amount of **$76,000.00**, with post-judgment interest at the rate of 4.77% per annum under 28 U.S.C. § 1961 beginning on the date of judgment until the debt is paid in full. Taxation of costs is permitted to the extent allowed by Fed. R. Civ. P. 54(d)(1) and Local Civil Rule 54.2.

**JUDGMENT is hereby entered** in favor of Plaintiff ADA Carbon Solutions (Red River), LLC and against Defendant Atlas Carbon, LLC on Defendant Atlas' counterclaims for declaratory judgment and breach of the implied covenant of good faith and fair dealing.

**DATED:** January  18th , 2024.

Entered: Margaret Botkins
     Clerk of Court

By: *Elayna Thorsell*
  Elayna Thorsell
  Deputy Clerk of Court