**ITEMIZATION OF COSTS**

| Category | Exhibit | Total |
|---|---|---|
| Deposition Transcripts | A | $ 19,358.33 |
| Expert Witness Costs (Jeff George, Baker Tilly LLP) | B | $ 39,429.18 |
| Witness Costs – Joe Wong | C | $ 1,215.13 |
| Data Storage/Production Costs | D | $ 6,397.57 |
| Trial Tech Support | E | $ 6,892.88 |
| Trial Hotel – client and counsel | F | $ 2,906.25 |
| Trial Food – client and counsel | G | $ 91.13 |
| Trial Supplies | H | $ 198.46 |
| **TOTAL:** | | **$ 39,429.18** |

**INFORMATION PURSUANT TO LOCAL RULE 54.2(c)**

    1.      **Jeffrey George**

    2.      **Address: 2693 Pemberly Ave., Littleton, Colorado**

    3.      **Testified at Trial on August 25, 2023**

    4.      **One day of travel; round trip from Littleton, Colorado to Casper, Wyoming**