<u>**EXHIBIT B**</u>

**EXPERT WITNESS FEES**

**JEFF GEORGE**

**BAKER TILLY LLP**

| Date | Inv. No. | Amount |
|---|---|---|
| 2023.04.15 | BT2375967 | $ 28,256.50 |
| 2023.08.24 | BT2510909 | $ 945.00 |
| 2023.08.24 | BT2510918 | $ 1,575.00 |
| 2023.09.14 | BT2530534 | $ 8,652.68 |
| **TOTAL:** | | **$ 39,429.18** |

**INFORMATION PURSUANT TO LOCAL RULE 54.2(c)**

    **1.**    **Jeffrey George**

    **2.**    **Address: 2693 Pemberly Ave., Littleton, Colorado**

    **3.**    **Testified at Trial on August 25, 2023**

    **4.**    **One day of travel; round trip from Littleton, Colorado to Casper, Wyoming**

LEGAL NAME
Baker Tilly US LLP

ACCOUNT

DEFAULT EXPENSE ACCOUNT

DEFAULT PAYABLES ACCOUNT
20001 Accounts Payable : Accounts Payable - Trade

## Tax Information

TAX ID
39-0859910

1099 BOX NUMBER
Box 14. Gross Proceeds Paid to an Attorney

## Balance Information

BALANCE
0.00       (USD)

## Project Information

☐ PROJECT RESOURCE

WORK CALENDAR
Default Work Calendar

BILLING CLASS

Transactions ▾   Currencies ▾   Pricing Schedules   Items   Rates

VIEW *
Default

BILLING STATUS   TYPE *
Either

[New Bill]   [Customize View]

| EDIT | DATE ▼ | TYPE | DOCUMENT NUMBER | PO/CHECK # | AMOUNT | AMOUNT (FOREIGN CURRENCY) | CURRENCY | STATUS | DAYS OPEN | MX OPER |
|---|---|---|---|---|---|---|---|---|---|---|
| Edit | 11/9/2023 | Bill Payment | 8036 | | (39,429.18) | ($39,429.18) | US Dollar | | 0 | |
| Edit | 9/14/2023 | Bill | BT2530534 | | 8,652.68 | $8,652.68 | US Dollar | Paid In Full | 56 | |
| Edit | 8/24/2023 | Bill | BT2510918 | | 1,575.00 | $1,575.00 | US Dollar | Paid In Full | 77 | |
| Edit | 8/24/2023 | Bill | BT2510909 | | 945.00 | $945.00 | US Dollar | Paid In Full | 77 | |
| Edit | 4/15/2023 | Bill | BT2375967 | | 28,256.50 | $28,256.50 | US Dollar | Paid In Full | 208 | |
| Edit | 3/22/2023 | Purchase Order | CS000654 | | 60,000.00 | $60,000.00 | US Dollar | Pending Bill | 320 | |

**Maxwell Shaffer, Esq.**

Leland Shaffer, LLP - USD
8694 E.28th Avenue
Denver, CO 80238



| | |
|---|---|
| **Invoice Date:** | April 15, 2023 |
| **Invoice Number:** | BT2375967 |
| **Client Number:** | 298027 |
| **Project Name:** | ADA Carbon Solutions V Atlas Carbon, LLC |
| **Project Number:** | 2202975 |

| INVOICE | AMOUNT |
|---|---:|
| **Fees** | |
| Professional services rendered from March 8, 2023 through March 31, 2023 | 28,256.50 |
| Reference No.: 1:22-CV-00161-SWS | |
| maxwell.shaffer@lelandshaffer.com | |
| Fees Total: | 28,256.50 |
| Expenses Total: | 0.00 |
| **Invoice Total:** | **28,256.50**  USD |

For questions, comments or suggestions, please contact Kathleen Boyle at +12155572280.

**Balance is payable upon receipt or previously agreed upon terms.**

| **Please wire payment to:**<br>Baker Tilly US, LLP<br>US Bank, Milwaukee, WI<br>Routing No: 075000022<br>Account No: 312220280<br>Reference Invoice #: BT2375967 | **Or send payment to:**<br><br>Baker Tilly US, LLP<br>BOX 78975<br>Milwaukee, WI 53278-8975 | **PAYMENT REFERENCE**<br><br>Client Number: 298027<br>Invoice Number: BT2375967<br><br>Please quote when settling fees. |
|---|---|---|

Project Name: ADA Carbon Solutions V Atlas Carbon, LLC
Date: April 15, 2023
Invoice # BT2375967



| Date | Staff Name | Description | Hours | Rate | Fees (in USD) |
|---|---|---|---|---|---|
| 03/08/23 | James Stewart | Call with J. George and M. Shaffer; and read Complaint and filings. | 1.70 | 415.00 | 705.50 |
| 03/08/23 | Jeffrey George | Call with counsel. | 0.80 | 525.00 | 420.00 |
| 03/09/23 | James Stewart | Review and analyze documents received. | 7.80 | 415.00 | 3,237.00 |
| 03/09/23 | Jeffrey George | Analysis of documents. | 1.10 | 525.00 | 577.50 |
| 03/10/23 | James Stewart | Analysis and report writing; and call with J. George and M. Shaffer. | 2.10 | 415.00 | 871.50 |
| 03/10/23 | Jeffrey George | Analysis of documents; and call with counsel. | 0.90 | 525.00 | 472.50 |
| 03/13/23 | James Stewart | Analysis and report writing. | 3.10 | 415.00 | 1,286.50 |
| 03/14/23 | James Stewart | Analysis and report writing. | 2.70 | 415.00 | 1,120.50 |
| 03/15/23 | James Stewart | Review documents received; damage calculation analysis; and call with J. George and M. Shaffer. | 2.20 | 415.00 | 913.00 |
| 03/15/23 | Jeffrey George | Preparation for and call with counsel. | 0.50 | 525.00 | 262.50 |
| 03/16/23 | Jacob Berry | Discussed and analyzed the schedules. | 0.30 | 290.00 | 87.00 |
| 03/16/23 | James Stewart | Review documents received; and call with J. Berry to discuss analysis. | 0.90 | 415.00 | 373.50 |
| 03/19/23 | Jacob Berry | Prepared invoice documents. | 1.20 | 290.00 | 348.00 |
| 03/20/23 | Jacob Berry | Prepared invoices into schedules. | 0.70 | 290.00 | 203.00 |
| 03/20/23 | James Stewart | Analysis and report writing; review invoices; and invoice analysis. | 5.70 | 415.00 | 2,365.50 |
| 03/20/23 | Jeffrey George | Analysis of documents; and drafting of report. | 2.30 | 525.00 | 1,207.50 |
| 03/21/23 | Bethany Crites | Proofing draft report. | 3.00 | 315.00 | 945.00 |
| 03/21/23 | James Stewart | Analysis and report writing; call with B. Crites to discuss review of analysis and report. | 6.10 | 415.00 | 2,531.50 |
| 03/21/23 | Jeffrey George | Analysis of documents; and drafting of report. | 5.20 | 525.00 | 2,730.00 |
| 03/22/23 | David Orenstein | Review replacement product invoices. | 3.50 | 290.00 | 1,015.00 |
| 03/22/23 | Elena Permyakova | Review draft report and report schedules. | 2.80 | 355.00 | 994.00 |
| 03/22/23 | James Stewart | Analysis and report writing; calls with BT team regarding report and analysis; and call with M. Shaffer, J. George, and clients. | 5.50 | 415.00 | 2,282.50 |
| 03/22/23 | Jeffrey George | Analysis of documents; and drafting of report. | 6.30 | 525.00 | 3,307.50 |
| | | **Total Hours and Fees** | **66.40** | | **28,256.50** |
| | | **Total Invoice Amount** | | | **28,256.50** |



# Baker Tilly US, LLP

Employer Identification Number: 39-0859910

## Wire/ACH Instructions

Baker Tilly US, LLP
US Bank
777 East Wisconsin Avenue
Milwaukee, WI 53202
800.236.5513
Account #:  312220280
Swift Code:   USBKUS44IMT
Routing #:  075000022
Remittance Detail:  ACHCCD, ACHCTX, or email to accts_rec@bakertilly.com

## Pay Online

www.bakertilly.com/payment

## Check Remittance Address

Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975

## W-9 Address

PO Box 7398
Madison, WI 53707-7398

## Additional Correspondences

Please verify with your Baker Tilly serving team where to address additional correspondences such as Purchase Orders, Engagement Letters, Vendor Forms, and Statement Requests.

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Baker Tilly US, LLP

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☒ Other (see instructions) ▶ Limited Liability Partnership

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
PO Box 7398

**6** City, state, and ZIP code
Madison, WI 53707-7398

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number
☐☐☐ - ☐☐ - ☐☐☐☐

**or**

Employer identification number
3 9 - 0 8 5 9 9 1 0

---

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**    Signature of U.S. person ▶ *Jean M Mathews*    Date ▶ 01/03/2023

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

---

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

**Maxwell Shaffer, Esq.**

Leland Shaffer, LLP - USD
8694 E.28th Avenue
Denver, CO 80238



| | |
|---|---|
| **Invoice Date:** | August 24, 2023 |
| **Invoice Number:** | BT2510909 |
| **Client Number:** | 298027 |
| **Project Name:** | ADA Carbon Solutions V Atlas Carbon, LLC |
| **Project Number:** | 2202975 |

| INVOICE | AMOUNT |
|---|---|
| **Fees** <br><br> Professional services rendered for July 31, 2023 <br><br><br><br> Reference No.:  1:22-CV-00161-SWS <br><br><br><br> maxwell.shaffer@lelandshaffer.com | 945.00 |
| Fees Total: | 945.00 |
| Expenses Total: | 0.00 |
| **Invoice Total:** | **945.00**  USD |

For questions, comments or suggestions, please contact Kathleen Boyle at +12155572280.

**Balance is payable upon receipt or previously agreed upon terms.**

| **Please wire payment to:**<br>Baker Tilly US, LLP<br>US Bank, Milwaukee, WI<br>Routing No: 075000022<br>Account No: 312220280<br>Reference Invoice #: BT2510909 | **Or send payment to:**<br><br>Baker Tilly US, LLP<br>BOX 78975<br>Milwaukee, WI 53278-8975 | **PAYMENT REFERENCE**<br><br>Client Number: 298027<br>Invoice Number: BT2510909<br><br>Please quote when settling fees. |

Project Name: ADA Carbon Solutions V Atlas Carbon, LLC
Date: August 24, 2023
Invoice # BT2510909



| Date | Staff Name | Description | Hours | Rate | Fees (in USD) |
|---|---|---|---|---|---|
| 07/31/23 | Jeffrey George | Deposition preparation. | 1.80 | 525.00 | 945.00 |
| | | **Total Hours and Fees** | **1.80** | | **945.00** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Invoice Amount** | | | **945.00** |



# Baker Tilly US, LLP

Employer Identification Number: 39-0859910

## Wire/ACH Instructions

Baker Tilly US, LLP
US Bank
777 East Wisconsin Avenue
Milwaukee, WI 53202
800.236.5513
Account #:  312220280
Swift Code:   USBKUS44IMT
Routing #:  075000022
Remittance Detail:  ACHCCD, ACHCTX, or email to accts_rec@bakertilly.com

## Pay Online

www.bakertilly.com/payment

## Check Remittance Address

Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975

## W-9 Address

PO Box 7398
Madison, WI 53707-7398

## Additional Correspondences

Please verify with your Baker Tilly serving team where to address additional correspondences such as Purchase Orders, Engagement Letters, Vendor Forms, and Statement Requests.

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.

| Form **W-9** (Rev. October 2018) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | **Give Form to the requester. Do not send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Baker Tilly US, LLP

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☒ Other (see instructions) ▶ Limited Liability Partnership

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

PO Box 7398

**6** City, state, and ZIP code

Madison, WI 53707-7398

Requester's name and address (optional)

**7** List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___ - ___ - ____

or

Employer identification number: 39-0859910

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Jean M Mathews*   Date ▶ 01/03/2023

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X                                    Form **W-9** (Rev. 10-2018)

**Maxwell Shaffer, Esq.**

Leland Shaffer, LLP - USD
8694 E.28th Avenue
Denver, CO 80238



| | |
|---|---|
| **Invoice Date:** | August 24, 2023 |
| **Invoice Number:** | BT2510918 |
| **Client Number:** | 298027 |
| **Project Name:** | ADA Carbon Solutions V Atlas Carbon, LLC |
| **Project Number:** | 2202975 |

| INVOICE | AMOUNT |
|---|---:|
| **Fees** | 1,575.00 |
| Professional services rendered for July 31, 2023 - Deposition | |
| Reference No.:  1:22-CV-00161-SWS | |
| maxwell.shaffer@lelendshaffer.com | |
| Fees Total: | 1,575.00 |
| Expenses Total: | 0.00 |
| **Invoice Total:** | **1,575.00**  USD |

For questions, comments or suggestions, please contact Kathleen Boyle at +12155572280.

**Balance is payable upon receipt or previously agreed upon terms.**

| Please wire payment to:<br>Baker Tilly US, LLP<br>US Bank, Milwaukee, WI<br>Routing No: 075000022<br>Account No: 312220280<br>Reference Invoice #: BT2510918 | Or send payment to:<br><br>Baker Tilly US, LLP<br>BOX 78975<br>Milwaukee, WI 53278-8975 | PAYMENT REFERENCE<br><br>Client Number: 298027<br>Invoice Number: BT2510918<br><br>Please quote when settling fees. |
|---|---|---|

Project Name: ADA Carbon Solutions V Atlas Carbon, LLC
Date: August 24, 2023
Invoice # BT2510918



| Date | Staff Name | Description | Hours | Rate | Fees (in USD) |
|---|---|---|---|---|---|
| 07/31/23 | Jeffrey George | Deposition. | 3.00 | 525.00 | 1,575.00 |
| | | **Total Hours and Fees** | **3.00** | | **1,575.00** |

| | |
|---|---|
| **Total Invoice Amount** | **1,575.00** |



# Baker Tilly US, LLP

Employer Identification Number: 39-0859910

## Wire/ACH Instructions

Baker Tilly US, LLP
US Bank
777 East Wisconsin Avenue
Milwaukee, WI 53202
800.236.5513
Account #:  312220280
Swift Code:  USBKUS44IMT
Routing #:  075000022
Remittance Detail:  ACHCCD, ACHCTX, or email to accts_rec@bakertilly.com

## Pay Online

www.bakertilly.com/payment

## Check Remittance Address

Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975

## W-9 Address

PO Box 7398
Madison, WI 53707-7398

## Additional Correspondences

Please verify with your Baker Tilly serving team where to address additional correspondences such as Purchase Orders, Engagement Letters, Vendor Forms, and Statement Requests.

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.

**Form W-9** (Rev. October 2018)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

► Go to www.irs.gov/FormW9 for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
Baker Tilly US, LLP

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.
☐ Individual/sole proprietor or single-member LLC
☐ C Corporation
☐ S Corporation
☐ Partnership
☐ Trust/estate
☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ►____
Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.
☒ Other (see instructions) ► Limited Liability Partnership

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):
Exempt payee code (if any) ____
Exemption from FATCA reporting code (if any) ____
(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.
PO Box 7398

**6** City, state, and ZIP code
Madison, WI 53707-7398

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: 39-0859910

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** | Signature of U.S. person ► *Jean M. Mathews* | Date ► 01/03/2023

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

**Maxwell Shaffer, Esq.**

Leland Shaffer, LLP - USD
8694 E.28th Avenue
Denver, CO 80238



| | |
|---|---|
| **Invoice Date:** | September 14, 2023 |
| **Invoice Number:** | BT2530534 |
| **Client Number:** | 298027 |
| **Project Name:** | ADA Carbon Solutions V Atlas Carbon, LLC |
| **Project Number:** | 2202975 |

| INVOICE | AMOUNT |
|---|---:|
| **Fees** | |
| Professional services rendered from August 25, 2023 through August 31, 2023 | 8,242.50 |
| Reference No.: 1:22-CV-00161-SWS | |
| maxwell.shaffer@lelandshaffer.com | |
| Testimony Expenses | 410.18 |
| Fees Total: | 8,652.68 |
| Expenses Total: | 0.00 |
| **Invoice Total:** | **8,652.68**  USD |

For questions, comments or suggestions, please contact Kathleen Boyle at +12155572280.

**Balance is payable upon receipt or previously agreed upon terms.**

| Please wire payment to:<br>Baker Tilly US, LLP<br>US Bank, Milwaukee, WI<br>Routing No: 075000022<br>Account No: 312220280<br>Reference Invoice #: BT2530534 | Or send payment to:<br><br>Baker Tilly US, LLP<br>BOX 78975<br>Milwaukee, WI 53278-8975 | PAYMENT REFERENCE<br><br>Client Number: 298027<br>Invoice Number: BT2530534<br><br>Please quote when settling fees. |
|---|---|---|

Project Name: ADA Carbon Solutions V Atlas Carbon, LLC
Date: September 14, 2023
Invoice # BT2530534



| Date | Staff Name | Description | Hours | Rate | Fees (in USD) |
|---|---|---|---|---|---|
| 08/28/23 | Jeffrey George | Trial preparation. | 2.70 | 525.00 | 1,417.50 |
| 08/29/23 | Jeffrey George | Drive time and trial preparation. | 13.00 | 525.00 | 6,825.00 |
| | | **Total Hours and Fees** | **15.70** | | **8,242.50** |

| Date | Staff Name | Description | Amount (USD) |
|---|---|---|---|
| 08/25/23 | Jeffrey George | From:: 2693 Pemberly Avenue, Littleton, CO, USA To:: US District Court Of Wyoming, South Wolcott Street, Casper, Wyoming, USA | 196.97 |
| 08/25/23 | Jeffrey George | Lunch during testimony | 13.11 |
| 08/25/23 | Jeffrey George | From:: US District Court Of Wyoming, South Wolcott Street, Casper, Wyoming, USA To:: 2693 Pemberly Avenue, Littleton, CO, USA | 197.10 |
| 08/25/23 | Jeffrey George | Parking during testimony | 3.00 |
| | | **Total Expenses** | **410.18** |

| | | **Total Invoice Amount** | **8,652.68** |
|---|---|---|---|



# Baker Tilly US, LLP

Employer Identification Number: 39-0859910

## Wire/ACH Instructions

Baker Tilly US, LLP
US Bank
777 East Wisconsin Avenue
Milwaukee, WI 53202
800.236.5513
Account #:  312220280
Swift Code:  USBKUS44IMT
Routing #:  075000022
Remittance Detail:  ACHCCD, ACHCTX, or email to accts_rec@bakertilly.com

## Pay Online

www.bakertilly.com/payment

## Check Remittance Address

Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975

## W-9 Address

PO Box 7398
Madison, WI 53707-7398

## Additional Correspondences

Please verify with your Baker Tilly serving team where to address additional correspondences such as Purchase Orders, Engagement Letters, Vendor Forms, and Statement Requests.

Baker Tilly US, LLP trading as Baker Tilly is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.

| Form **W-9** (Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
  Baker Tilly US, LLP

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

  Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☒ Other (see instructions) ▶ Limited Liability Partnership

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
  PO Box 7398

**6** City, state, and ZIP code
  Madison, WI 53707-7398

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number:  ___-__-____

or

Employer identification number:  3 9 - 0 8 5 9 9 1 0

---

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶  *Jean M. Mathews*   Date ▶ 01/03/2023

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

  Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

  If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding,* later.

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)