# Office DEPOT
# OfficeMax

DENVER - (303) 320-8521
08/26/2023  12:18 PM



VTVT79XPXM55MEERB

```
SALE              2187-1-3065-1050677-23 6.1
414740  BX,PRST,LT/LG,
  2 @ 24.69                    49.38
  Promotion                   -19.38
           You Pay             30.00SS
563057  PAPER,30% REC,
  2 @ 24.79                    49.58
           You Pay             49.58SS
169712  DIVIDER,BGTB,W          5.39 SS
139179  divider,durbl,          8.69 SS
212464  BDR,OD,VW,3",B
  2 @ 19.59                    39.18
           You Pay             39.18SS
212365  BDR,OD,VW,2",W         15.19 SS
390966  CLIP KIT,168PK          7.69 SS
221051  STPL,1/4",5000          7.69 SS
420283  PPR,COPY,OD,RE
  2 @ 12.99                    25.98
  Promotion                   -10.98
           You Pay             15.00SS
281344  Bndr,1",Wh EA
  2 @ 7.29                     14.58
  Instant Savings             -10.60
           You Pay              3.98SS
           Subtotal:          182.39
Local Sales and Use T  16.07
              Total:          198.46
     Debit Card 8857:         198.46

AUTH CODE 020193
TDS Chip Read
AID A0000000980840   US DEBIT
TVR 8000048000
CVS PIN Verified
```

Total Savings:
**$40.96**

*********************************************

WE WANT TO HEAR FROM YOU!
Visit survey.officedepot.com
and enter the survey code below
**16KB 6RVB OY9E**
or scan the below QR code



*********************************************

**EXHIBIT H**

apply. See store or visit officedepot.com for full details.

**Office Depot and OfficeMax Branded Products Guarantee**

Office Depot and OfficeMax Brand products (excluding ink & toner) may be returned at any time for any reason, with original receipt, for a full refund

ID may be required for returns.

# Office DEPOT. OfficeMax

**100% Satisfaction Guarantee.**

If you're not satisfied with your purchase, you can return it, with the Original Receipt and all original packaging for a refund or exchange within 90 days for office supplies, 30 days for all unopened ink & toner or 14 days for technology, software and unassembled furniture. Open software, CDs, DVDs and video games may be exchanged for the same item only. Special orders are not returnable. See Tech Depot™ Services Terms and Conditions for separate return policy. Catalog and Web Purchases may be returned/exchanged in accordance with our policy. Other restrictions apply. See store or visit officedepot.com for full details.

**Office Depot and OfficeMax Branded Products Guarantee**

Office Depot and OfficeMax Brand products (excluding ink & toner) may be returned at any time for any reason, with original receipt, for a full refund

ID may be required for returns.

# Office DEPOT. OfficeMax

**100% Satisfaction Guarantee.**

If you're not satisfied with your purchase, you can return it, with the Original Receipt and all original packaging for a refund or exchange within 90 days for office supplies, 30 days for all unopened ink & toner or 14 days for technology, software and unassembled furniture. Open software, CDs, DVDs and video games may be exchanged for the same item only. Special orders are not returnable. See Tech Depot™ Services Terms and Conditions for separate return policy. Catalog and Web Purchases may be returned/exchanged in accordance with our policy. Other restrictions apply. See store or visit officedepot.com for full details.

**Office Depot and OfficeMax Branded Products Guarantee**

Office Depot and OfficeMax Brand products (excluding ink & toner) may be returned at any time for any reason, with original receipt, for a full refund

ID may be required for returns.

# Office DEPOT. OfficeMax