

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



Margaret Botkins  
Clerk of Court

Jon Bastian  
Chief Deputy Clerk

February 21, 2024

Chris Wolpert, Clerk of Court  
United States Court of Appeals for the 10th Circuit  
Byron R. White Courthouse  
1823 Stout Street  
Denver, CO  80257

    Re:    ***ADA Carbon Solutions (Red River) LLC v. Atlas Carbon LLC***  
           District Court Case Number:  22-cv-161-SWS  
           Notice of Appeal Filed:         2/20/24  
           $600 Fee was paid; $5 fee was paid.

           Receipt Number: AWYDC-2389338

Dear Mr. Wolpert:

    Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries
- Copy of Notice of Appeal
- Copy of the District Court's final judgment or order(s) from which the appeal is taken, as follows:

[102] NON-PUBLIC DOCUMENT pursuant to the Judicial Conference Policy on Privacy and Public Access - FINDINGS OF FACT AND CONCLUSIONS OF LAW & [103] JUDGMENT in favor of Plaintiff ADA Carbon Solutions (Red River).

If anything further is required, please let me know.

                              Sincerely,  
                              Margaret Botkins  
Attachment(s)           Clerk of Court

                        By:_____  
                              Tiffany Dyer

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001    111 South Wolcott, Suite 121 ♦ Casper, WY 82601  
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014  
www.wyd.uscourts.gov